# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MI-65 | E2307757 | PENDER | 26-71/80 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 04/07/2026 | 18 USC 113 (a)(5) SIMPLE ASSAULT |

Place of Offense: DELTA FLIGHT 71

Offense Description: Factual Basis for Charge — HAZMAT ☐

SIMPLE ASSAULT
STRIKING A FLIGHT ATTENDANT

**DEFENDANT INFORMATION** Phone: ( )

Last Name: DYKES
First Name: JOAN [redacted]

Street Address: [redacted]

City: [redacted]

Drivers License: [redacted]

**VEHICLE** [redacted]

Tag No.

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ Total Collateral Due |

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

CVB SCAN 07/29/2026 14:39

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on APRIL 7, 20 26 while exercising my duties as a law enforcement officer in the EASTERN District of MICHIGAN

I was made aware that on Delta Flight 71 (AMS-ATL) DYKES struck a flight attendant. The assault with DYKES unruly behavior caused the aircraft to be diverted to Detroit, Michigan.

[signature]

The foregoing statement is based upon:
- ☐ my personal observation
- ☐ my personal investigation
- ☒ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ____________ ____________
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________ ____________
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/29/2026 14:39